# State of Louisiana
# Secretary of State



08/11/2022

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

INTEGON NATIONAL INSURANCE COMPANY
C/O SALLY HALL, CLAIMS COMPLIANCE MANAGER
P.O. BOX 3199
WINSTON SALEM, NC 27102

AUG 16 2022
Michelle

Suit No.: 174858
21ST JUDICIAL DISTRICT COURT
LIVINGSTON PARISH

DUVER OSORNO GRAJALES
vs
INTEGON NATIONAL INSURANCE COMPANY, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: M LOCKWOOD

Date: 08/10/2022
Title: DEPUTY SHERIFF

No: 1245493



AG

### *CITATION*
## PETITION FOR DAMAGES

*GRAJALES, DUVER OSORNO*

*Vs.*

*INTEGON NATIONAL INS CO - ET AL*



*Case: 000000174858*
*Division: E*
*21st Judicial District Court*
*Parish of Livingston*
*State of Louisiana*

---

*To:* INTEGON NATIONAL INSURANCE COMPANY
THROUGH THEIR AGENT FOR SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE, LOUISIANA  70809          *of  EAST BATON ROUGE Parish*

**YOU ARE HEREBY SUMMONED** *to comply with the demand contained in the petition of which a*

*true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by*

*filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of*

*Louisiana, within TWENTY-ONE (21) days after the service hereof, under penalty of default.*

**WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON JULY 28,**
**2022.**

SERVED ON
R. KYLE ARDOIN

AUG 1 0 2022

SECRETARY OF STATE
COMMERCIAL. DIVISION

*Clerk of Court*
*21st Judicial District*
*Parish of Livingston*

**R. SULLIVAN**_____
*Deputy Clerk of Court*

*Attorney*
ANDREW GEIGER
4173 CANAL STREET
NEW ORLEANS, LA  70119

---

### *Service Information*

*Received on the* _____ *day of* _____, *20*_____ *and on the* _____ *day of*

_____, *20*_____ *served the above named party as follows:*

**Personal Service** *on the party herein named* _____.
**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the*
*hands of* _____, *a person apparently over the age of seventeen*
*years, living and residing in said domicile and whose name and other facts connected with this service, I*
*learned by interrogating the said person, said party herein being absent from his/her residence at the time of*
*said service.*

*DUE & DILIGENT UNABLE TO SERVE BECAUSE:* _____

_____

*Returned:*
*Parish of* _____ *this* _____ *day of* _____, *20*_____.

*Service*     $_____

*Mileage*     $_____          *By:* _____
                                   *Deputy Sheriff*

*Total*       $_____

[ SERVICE ]

**21st JUDICIAL DISTRICT COURT FOR THE PARISH OF LIVINGSTON**

**STATE OF LOUISIANA**

NO.                                                                 **DIVISION**

**DUVER OSORNO GRAJALES**

versus

**INTEGON NATIONAL INSURANCE COMPANY,
EDWARDS CARRIERS, LLC, TD PROPERTY INVESTMENT & FLIPS, LLC,
XYZ INSURANCE COMPANY,
AND KENDRICK D. MELTON**

FILED:_____          _____

DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Petitioner, **DUVER OSORNO GRAJALES,** a person of the full age of majority and domiciled in the State of Florida, who respectfully represent as follows:

I.

Made Defendants herein are:

1. **KENDRICK D. MELTON,** a person of the full age of majority and a resident of the State of Georgia;

2. **EDWARDS CARRIERS, LLC,** a foreign limited liability corporation, domiciled in the State of Pennsylvania, but authorized to do and doing business in the State of Louisiana;

3. **TD PROPERTY INVESTMENTS & FLIPS, LLC,** a foreign limited liability corporation, domiciled in the State of Michigan, but authorized to do and doing business in the State of Louisiana;

4. **XYZ INSURANCE COMPANY,** a yet unknown and unnamed insurance company, whose identity and proper name will be supplemented herein through discovery or upon information;

5. **INTEGON NATIONAL INSURANCE COMPANY,** a foreign insurer, authorized to do and doing business in the State of Louisiana;

Page 1 of 6

FAXED
LIVINGSTON PARISH
CLERK OF COURT
DATE_____

II.

The above Defendants are truly and justly indebted unto your Petitioner, jointly and severally, for all general and specific damages which are just and reasonable under these premises, and for all other general and equitable relief, for the following to wit:

III.

On or about 24th day of September, 2021, Petitioner, **DUVER OSORNO GRAJALES**, was prudently and properly parked and sitting in his 2020 Dodge Ram 2500 truck with a 2004 Kraftsman Gooseneck trailer attached, at the Pilot Truck Stop and/or filling station located at 2601 South Range Avenue, in the city of Denham Springs, Parish of Livingston, State of Louisiana. At the same time and place, a large 18-wheeler 2015 Freightliner semi-truck and trailer, driven by Defendant, **KENDRICK D. MELTON,** with the permission of the owner, Defendant, **TD PROPERTY INVESTMENT & FLIPS, LLC.,** and while on a mission for and while in the course and scope of employment with his employer, Defendant, **EDWARDS CARRIERS, LLC,** was traveling within the same Pilot Truck Stop and/or filling station parking lot, located at 2601 South Range Avenue, in the city of Denham Springs, Parish of Livingston, State of Louisiana. Suddenly and without warning, Defendant, **KENDRICK D. MELTON**, attempted to make a left turn around Petitioner's vehicle, without negotiating a proper and wide enough turn, causing the trailer of his vehicle to collide with the trailer which was attached to Petitioner's vehicle, causing Petitioner's vehicle to be jolted violently, causing serious injuries and damages to Petitioner.

IV.

At all times relevant herein, Defendant, **INTEGON NATIONAL INSURANCE COMPANY** was the insurer for the liability of the Defendant driver, **KENDRICK D. MELTON** and/or **EDWARDS CARRIERS, LLC,** under a policy of insurance issued to **EDWARDS CARRIERS, LLC** and/or **KENDRICK D. MELTON,** and as such, Defendant, **INTEGON NATIONAL INSURANCE COMPANY** is jointly and *solidarily* liable for the negligent actions of the Defendant, **KENDRICK D. MELTON**.

V.

Alternatively, at all times relevant herein, Defendant, **EDWARDS CARRIERS, LLC** was self-insured for the liability of the Defendant driver, **KENDRICK D. MELTON,** under a self-retention policy issued to **EDWARDS CARRIERS, LLC and/or KENDRICK D. MELTON,** and as such, Defendant, is **EDWARDS CARRIERS, LLC** is jointly and *solidarily* liable for the negligent actions of the Defendant, **KENDRICK D. MELTON.**

VI.

At all times relevant herein, Defendant, **XYZ INSURANCE COMPANY** was the insurer for the liability of the Defendant driver, **KENDRICK D. MELTON** and/or **TD PROPERTY INVESTMENT & FLIPS, LLC,** under a policy of insurance issued to **TD PROPERTY INVESTMENT & FLIPS, LLC** and/or **KENDRICK D. MELTON,** and as such, Defendant, **XYZ INSURANCE COMPANY** is jointly and *solidarily* liable for the negligent actions of the Defendant, **KENDRICK D. MELTON**.

VII.

At all times relevant herein, Defendant, **KENDRICK D. MELTON**, was in the course and scope of his employment and/or was contracted with Defendant, **EDWARDS CARRIERS, LLC and/or TD PROPERTY INVESTMENTS & FLIPS, LLC**, and as such, **EDWARDS CARRIERS, LLC and/or TD PROPERTY INVESTMENTS & FLIPS, LLC,** is responsible for the negligent actions of its employee, Defendant, **KENDRICK D. MELTON**, under the theory of *respondeat superior*.

VIII.

As a result of the accident, Petitioner, **DUVER OSORNO GRAJALES** sustained severe and painful personal injuries, including but not limited to severe cervical and lumbar injuries, as well as injuries to his upper back, middle back and head with headaches, after hitting his head, and including herniated discs in the cervical and lumbar areas. Petitioner continues medical treatment for his injuries at the present time.

IX.

The above described accident and resulting injuries to Petitioner, **DUVER OSORNO GRAJALES**, was proximately caused by the negligence of the Defendants, in the following illustrative, but not necessarily exclusive, acts of negligence:

1.    Failure of the driver to maintain proper control of the vehicle;

2.    Failure to maintain proper lookout;

3.    Failing to avoid striking another vehicle;

4.    Driving in a careless and reckless manner;

5.    Failure to use reasonable vigilance;

6.    Traveling at too great of speed within a confined area;

7.    Failing to properly negotiate a turn;

8.    Improper turn;

9.    Failing to obey the traffic laws of the Parish of Livingston, State of Louisiana, which are pleaded herein by reference;

10.    Negligent hiring and/or negligent training; and

11.    Any and all other acts of negligence which will be proven at the trial of this matter.

X.

As a result of the Defendant's negligence as enumerated above, Petitioner, **DUVER OSORNO GRAJALES**, is entitled to recover a reasonable amount for his damages under the premises, and herewith itemizes his damages as follows:

1.    Past, present and future physical pain and suffering;

2.    Past, present and future mental anguish, pain and suffering;

3.    Past, present and future medical bills;

3.    Past, present and future lost wages and/or loss of earning capacity ;

4.    Past present and future medical equipment;

6.    Fear for the loss of his life;

7.    Property damages and/or property damage deductible;   and

8.    Loss of enjoyment of life;

WHEREFORE, Petitioner, **DUVER OSORNO GRAJALES,** prays that the Defendants be duly served and cited to appear and answer this Petition, all as provided by law; that after all legal delays and due proceedings are had, there be Judgment jointly and severally against the Defendants, **INTEGON NATIONAL INSURANCE COMPANY, EDWARDS CARRIERS,**

**LLC, TD INVESTMENTS & FLIPS, LLC, XYZ INSURANCE COMPANY and KENDRICK D. MELTON,** in favor of Petitioner, **DUVER OSORNO GRAJALES,** for all reasonable damages under the premises, with legal interest thereon, from date of judicial demand until paid, and for all costs of these proceedings, along with such other relief as law, equity and the nature of this case shall require.

Respectfully submitted,

ALLAN BERGER & ASSOCIATES P.L.C.

**ANDREW GEIGER (32467)**
*ageiger@bergerlawnola.com*
**ALLAN BERGER (2977)**
*allanberger@bergerlawnola.com*
4173 Canal Street
New Orleans, LA 70119
Telephone: (504) 486-9481
Facsimile: (504) 483-8130
*Counsel for Petitioner, DUVER OSORNO GRAJALES*

**PLEASE SERVE:**

**INTEGON NATIONAL INSURANCE COMPANY**
*Through their agent for service of process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana   70809

**EDWARDS CARRIERS, LLC**
*Through the Louisiana Long Arm Statute:*
500 West Office Center Drive
Suite 400
Fort Washington, PA   19034

**TD PROPERTY INVESTMENTS & FLIPS, LLC**
*Through the Louisiana Long Arm Statute:*
5 Middlebury Court
Dearborn, MI   48120

**KENDRICK D. MELTON**
*Through the Louisiana Long Arm Statute:*
2240 Knighton Drive
College Park, GA   30549

*PLEASE HOLD SERVICE ON DEFENDANT, XYZ INSURANCE COMPANY, AT THIS TIME*

**21st JUDICIAL DISTRICT COURT FOR THE PARISH OF LIVINGSTON**

**STATE OF LOUISIANA**

NO.                                                                                         **DIVISION**

**DUVER OSORNO GRAJALES**

**versus**

**INTEGON NATIONAL INSURANCE COMPANY,
EDWARDS CARRIERS, LLC, TD PROPERTY INVESTMENT & FLIPS, LLC,
XYZ INSURANCE COMPANY and
KENDRICK D. MELTON**

FILED: _____                    _____

DEPUTY CLERK

**REQUEST FOR WRITTEN NOTICE**

NOW INTO COURT, through undersigned counsel, comes Petitioner, **DUVER OSORNO**

**GRAJALES,** who pursuant to L.C.C.P. Article 1572, respectfully request this Court for Written

notice TEN (10) days in advance of the date fixed for the Trial or Hearing of any Exception,

Motion, Rule or Trial on the Merits, in the captioned proceeding; and pursuant to L.C.C.P. Articles

1913 and 1914, and requests immediate notice of all Interlocutory and Final Orders and Judgments

or Exceptions, Motion, Rules, or the Trial on the Merits in the captioned proceeding.

Respectfully submitted,

ALLAN BERGER & ASSOCIATES P.L.C

**ANDREW GEIGER (32467)**
*ageiger@bergerlawnola.com*
**ALLAN BERGER (2977)**
*allanberger@bergerlawnola.com*
4173 Canal Street
New Orleans, LA 70119
Telephone: (504) 486-9481
Facsimile: (504) 483-8130
*Counsel for Petitioner, DUVER OSORNO
GRAJALES*

**R. KYLE ARDOIN**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA  70804-9125**





CERTIFIED MAIL

FIRST CLASS

7020 1290 0000 7548 2153

US POSTAGE PITNEY BOWES

ZIP 70802    $ 004.81
02 4W
0000382748 AUG 11 2022



271 02$3199  B099

SS104 (R 06/18)

PLACE STICK
OF THE RE